## THOMSON et al. v. PEARSONS.

(Court of Appeals of District of Columbia. Submitted January 14, 1921. Decided February 7, 1921.)

No. 1387.

Patents ☞113(7)—Decision of three Office tribunals that party could make claims is followed, unless palpably wrong.

Where the three tribunals of the Patent Office concurred in holding that the senior party was entitled to make the claims corresponding to the counts, the Commissioner's decision will be affirmed, unless such conclusion was palpably wrong.

Appeal from the Commissioner of Patents.

Interference proceeding between John Stewart Thomson and another and George T. Pearsons. From a decision of the Commissioner of Patents, awarding priority to Pearsons, Thomson and another appeal. Affirmed.

Seward Davis, of New York City, for appellants.
Joseph D. Sullivan, of Washington, D. C., for appellee.

SMYTH, Chief Justice. This interference involves an automatic fire extinguisher, and, in the language of the Commissioner, the only point involved is whether Pearsons can make the claims corresponding to the counts. The three tribunals of the Patent Office held that he could. We see no reason for disturbing their conclusion. It is not palpably wrong, and therefore, under repeated decisions of this court (Greenawalt v. Dwight, 49 App. D. C. 82, 258 Fed. 982; Hopkins v. Riegger, 49 App. D. C. 188, 262 Fed. 642; Kennicott v. Caps, 49 App. D. C. 187, 262 Fed. 641; Maremont v. Olson, 49 App. D. C. 369, 265 Fed. 1009), we affirm the Commissioner's decision.

Affirmed.

Mr. Justice HITZ, of the Supreme Court of the District of Columbia, sat in the hearing and determination of this appeal in the place of Mr. Justice ROBB.